FILED BY _____ KS _____ D.C.

Jun 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-60136-CR-RUIZ/STRAUSS(s)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JEFFREY CLARK WARREN,

Defendant.

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about February 6, 2020, in Broward County, in the Southern District of Florida, the

defendant,

### JEFFREY CLARK WARREN,

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that

this violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

## COUNT 2
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about February 12, 2020, in Broward County, in the Southern District of Florida, the defendant,

### JEFFREY CLARK WARREN,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

## COUNT 3
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about January 9, 2021, in Broward County, in the Southern District of Florida, the defendant,

### JEFFREY CLARK WARREN,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JEFFREY CLARK WARREN,** has an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in  this Superseding Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or facilitate the commission of such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON


JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JEFFREY CLARK WARREN,

_____/
                    Defendant

CASE NO. 21-60136-CR-RUIZ/STRAUSS(s)

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

| | | | |
|---|---|---|---|
| New defendant(s) | Yes _____ | No ✓ | |
| Number of new defendants | | | |
| Total number of counts | | 3 | |

**Court Division:** (Select One)

| | | | | |
|---|---|---|---|---|
| ___ | Miami | ___ | Key West | |
| ✓ | FTL | ___ | WPB | ___ FTP |

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)    No____
    List language and/or dialect      _____

4.  This case will take _3-4_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | ✓ | |
| II | 6 to 10 days | | |
| III | 11 to 20 days | | |
| IV | 21 to 60 days | | |
| V | 61 days and over | | |

    (Check only one)

| | | |
|---|---|---|
| Petty | | |
| Minor | | |
| Misdem. | | |
| Felony | ✓ | |

6.  Has this case previously been filed in this District Court?      (Yes or No)    Yes____
    If yes: Judge Ruiz/Strauss                    Case No. 21-60136-CR-Ruiz/Strauss_____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    No____
    If yes: Magistrate Case No.              _____
    Related miscellaneous numbers:           _____
    Defendant(s) in federal custody as of     _____
    Defendant(s) in state custody as of      January 9, 2021_____
    Rule 20 from the District of            _____

    Is this a potential death penalty case? (Yes or No)    No___

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes____    No ✓

8.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes____    No ✓

9.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes____    No ✓

_____
JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY
Bar Number: A5502615

*Penalty Sheet(s) attached

REV 6/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** **JEFFREY CLARK WARREN**

Counts #: 1-3

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)

**Max. Penalty:**

Life Imprisonment with Mandatory Minimum 10 Years' Imprisonment; $10,000,000 Fine;
Supervised Release of 5 Years up to Life.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**