UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60136-CR-RUIZ

UNITED STATES OF AMERICA,

vs.

JEFFREY CLARK WARREN,

    Defendant.
_____/

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

On November 15, 2021, the Court entered a Judgment against defendant Jeffrey Clark Warren, ECF No. 22, directing the United States to submit a proposed Order of Forfeiture within three days of sentencing. The United States is not pursuing federal judicial forfeiture at this time.

Respectfully Submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:    *WILLIAM T. ZLOCH*
      WILLIAM T. ZLOCH
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 0105619
      United States Attorney's Office
      500 S. Australian Ave. Suite 400
      West Palm Beach, FL 33401
      Telephone: (561) 820-8711
      Facsimile: (561) 820-8777
      Email: William.zloch@usdoj.gov